# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Elmer Buza

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Novartis Pharmaceuticals Corporation

07 CV 3144

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey 07936-1080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 19 2007

CLERK

DATE

(BY) DEPUTY CLERK

Case 1:07-cv-03144-JFK  Document 3  Filed 05/08/2007  Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT**
EFFECTED (1) BY ME: **PASCAL KUVALAKIS**
TITLE: **PROCESS SERVER**    DATE: **05/02/2007  10:40AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NOVARTIS PHARMACEUTICALS CORPORATION

Place where served:

ONE HEALTH PLAZA   EAST HANOVER TWP. NJ 07936

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VIRGINIA LAZALA ESQ.

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'0"-5'3"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5/2/20 07

_____ L.S.
SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

5/2/2007

CHERYL M. DE VERA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 6, 2011

ATTORNEY: RUSSEL H. BEATIE, ESQ.
PLAINTIFF: ELMER BUZA
DEFENDANT: NOVARTIS PHARMACEUTICALS CORPORATION
VENUE: DISTRICT
DOCKET: 07 CV 3144

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SP